**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: MCGOUGH, DAVID J.                                    § Case No. 11-82928
                                                            §
                                                            §
Debtor(s)                                                   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of The U S Bankruptcy Court
    327 S Church Street, Room 1100
    Rockford IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 07/11/2012 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 06/14/2012    By: /s/BERNARD J. NATALE
                         Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: MCGOUGH, DAVID J. § Case No. 11-82928
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,500.00 |
| *and approved disbursements of* | $ 39.14 |
| *leaving a balance on hand of* [1] | $ 7,460.86 |
| **Balance on hand:** | $ 7,460.86 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,460.86 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,500.00 | 0.00 | 1,500.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 2,294.75 | 0.00 | 2,294.75 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 23.20 | 0.00 | 23.20 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,817.95 |
| Remaining balance: | $ 3,642.91 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 3,642.91 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,613.18 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Department of the Treasury | 2,613.18 | 0.00 | 2,613.18 |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 2,613.18 |
| Remaining balance: | $ | 1,029.73 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 78,069.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Department of the Treasury | 17.00 | 0.00 | 0.23 |
| 2 | Capital One Bank (USA), N.A. | 32,252.78 | 0.00 | 425.41 |
| 3 | Elan Financial Service | 27,025.31 | 0.00 | 356.46 |
| 4 | First American Bank | 18,774.31 | 0.00 | 247.63 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 1,029.73 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-82928-MB
David J. McGough                                                        Chapter 7
       Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0752-3         User: ccabrales          Page 1 of 3           Date Rcvd: Jun 21, 2012
                             Form ID: pdf006          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2012.
db         +David J. McGough,   37 W. 119 Brookside Drive,   Elgin, IL 60124-4859
17488340    Bank of America,   4060 Ogleton Stan,   Mail Code DES-019,   Newark, DE 19713
18311710    Capital One Bank (USA), N.A. by American InfoSourc,   PO Box 71083,   Charlotte, NC  28272-1083
17488342   +Charter One,   POB 18204,   Bridgeport, CT 06601-3204
17488343   +Chase,   800 Brooksedge Blvd.,   Westerville, OH 43081-2822
17488344   +Citi Business Card,   POB 6309,   The Lakes, NV 88901-6309
17488347   +Cole Taylor,   7601 Cicero Avenue,   Chicago, IL 60652-1022
17488348    Comcast Cable,   POB 3002,   Southeastern, PA 19398-3002
17488363  ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
            (address filed with court:  Webbank/DFS,    1 Dell Way,   Round Rock, TX 78682)
17488349   +DebtAlert,   POB 4647,   Lutherville Timonium, MD 21094-4647
18419141    ELAN FINANCIAL SERVICES AS,   SERVICER FOR ILLINOIS STATE BANK,   BANKRUPTCY DEPARTMENT,
             P.O. BOX 5229,   CINCINNATI, OH 45201-5229
17488350   +ElainFinancial Services,   c/o CB Disputes,   POB 108,   Saint Louis, MO 63166-0108
17488352   +Everhome Mortgage,   8100 Nations Way,   Jacksonville, FL 32256-4405
17488353    Exxon Mobile,   Processing Center,   POB 688938,   Des Moines, IA 50368-8938
17488355   +FSC Solutions,   405 Science Drive, Suite 210,   Moorpark, CA 93021-2248
18509652   +First American Bank,   700 Busse Road,   Elk Grove Village, IL 60007-2133
17488357   +Kim McGough,   508 Winston Drive,   Palatine, IL 60074-4136
17488358    Liberty Mutual Insurance Group,   POB 0992,   Carol Stream, IL 60132-0992
17488359    Manchester Lakes Homeowners,   Vanguard Community Management,   POB 61955,
             Phoenix, AZ 85082-1955
17488362   +The Hertz Corporation,   14501 Hertz Qual Springs Parkway,   Oklahoma City, OK 73134-2606
17488365    Zurich Insurance Services,   c/o Zurich North America,   POB 931794,   Atlanta, GA 31193-1794

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18284622    E-mail/Text: cio.bncmail@irs.gov Jun 22 2012 00:28:31     Department of the Treasury,
             Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
17488351   +E-mail/Text: joe.batie@eulerhermes.com Jun 22 2012 00:38:04     Euler Hermes UMA,
             600 So. 7th Street,   Louisville, KY 40203-1968
17488354   +E-mail/Text: mtasch@maleckitasch.com Jun 22 2012 00:39:21     First American Bank,
             c/o Malecki & Tasch,   903 Commerce Dr., Ste. 160,   Oak Brook, IL 60523-8830
17488356    E-mail/Text: cio.bncmail@irs.gov Jun 22 2012 00:28:32     Internal Revenue Service,   POB 9012,
             Holtsville, NY 11742-9012
17488360   +E-mail/Text: bankrup@nicor.com Jun 22 2012 00:30:13     NICOR Gas,   1844 Ferry Road,
             Naperville, IL 60563-9600
17488361    E-mail/Text: bankruptcies@libertymutual.com Jun 22 2012 00:36:57     Safeco Insurance Companies,
             POB 66521,   Saint Louis, MO 63166-6521
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17488341  ##+Capital One,   1957 Westmoreland,   POB 26094,   Richmond, VA 23260-6094
17488346  ##+Citimortgage,   POB 9442,   MC0023,   Gaithersburg, MD 20898-9442
17488345   ##Citimortgage,   POB 9442,   Gaithersburg, MD 20898-9442
17488364  ##+Wells Fargo Bank,   POB 5445,   Portland, OR 97228-5445
                                                                                   TOTALS: 0, * 0, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: ccabrales            Page 2 of 3              Date Rcvd: Jun 21, 2012
                              Form ID: pdf006            Total Noticed: 27

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 23, 2012**                **Signature:**   *Joseph Speetjens*

```
District/off: 0752-3          User: ccabrales            Page 3 of 3                  Date Rcvd: Jun 21, 2012
                              Form ID: pdf006            Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2012 at the address(es) listed below:

```
              Bernard J Natale    on behalf of Trustee Bernard Natale natalelaw@bjnatalelaw.com
              Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
              James E Stevens    on behalf of Debtor David McGough jimstevens@bslbv.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Rhonda  Stuart    on behalf of Creditor  First American Bank rstuart@lmtlaw.com,
               bankruptcy@mdk-llc.com;anhsmdk@earthlink.net;anhsmdk@zuckergoldberg.com
              Scott E Hillison    on behalf of Trustee Bernard Natale mmagnuson@bjnatalelaw.com
              William M Tasch    on behalf of Creditor  First American Bank wtasch@lmtlaw.com
                                                                                             TOTAL: 7
```