**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: MCGOUGH, DAVID J.                            §    Case No. 11-82928
                                                    §
                                                    §
                                                    §
Debtor(s)                                           §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $155,500.00<br>*(without deducting any secured claims)* | Assets Exempt: $19,900.00 |
| Total Distribution to Claimants: $3,642.91 | Claims Discharged<br>Without Payment: $185,869.83 |
| Total Expenses of Administration: $3,857.09 | |

    3) Total gross receipts of $ 7,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $348,141.65 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,857.09 | 3,857.09 | 3,857.09 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 4,000.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 158,842.23 | 78,052.40 | 78,052.40 | 3,642.91 |
| **TOTAL DISBURSEMENTS** | $510,983.88 | $81,909.49 | $81,909.49 | $7,500.00 |

  4) This case was originally filed under Chapter 7 on June 30, 2011. The case was pending for 15 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/02/2012           By: /s/BERNARD J. NATALE
            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preference/Compromise | 1241-000 | 7,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Citimortgage | 4110-000 | 281,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Citimortgage | 4110-000 | 67,141.65 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$348,141.65** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 23.20 | 23.20 | 23.20 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 2,294.75 | 2,294.75 | 2,294.75 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 14.14 | 14.14 | 14.14 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,857.09 | $3,857.09 | $3,857.09 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Department of the Treasury | 5800-000 | 4,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Kim McGough | 5200-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $4,000.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Department of the Treasury | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 29,682.89 | 32,252.78 | 32,252.78 | 1,505.32 |
| 3 | Elan Financial Service | 7100-000 | unknown | 27,025.31 | 27,025.31 | 1,261.34 |
| 4 | First American Bank | 7100-000 | 17,699.00 | 18,774.31 | 18,774.31 | 876.25 |
| NOTFILED | NICOR Gas | 7100-000 | 17.00 | N/A | N/A | 0.00 |
| NOTFILED | Liberty Mutual Insurance Group | 7100-000 | 392.67 | N/A | N/A | 0.00 |
| NOTFILED | Manchester Lakes Homeowners Vanguard Community | 7100-000 | 1,209.66 | N/A | N/A | 0.00 |
| NOTFILED | FSC Solutions | 7100-000 | 621.57 | N/A | N/A | 0.00 |
| NOTFILED | The Hertz Corporation | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Safeco Insurance Companies | 7100-000 | 321.50 | N/A | N/A | 0.00 |
| NOTFILED | Exxon Mobile Processing Center | 7100-000 | 814.15 | N/A | N/A | 0.00 |
| NOTFILED | Webbank/DFS | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Bank | 7100-000 | 20,412.01 | N/A | N/A | 0.00 |
| NOTFILED | Zurich Insurance Services c/o Zurich North America | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Charter One | 7100-000 | 29,804.46 | N/A | N/A | 0.00 |
| NOTFILED | Everhome Mortgage | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Kim McGough | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 19,929.72 | N/A | N/A | 0.00 |
| NOTFILED | Cole Taylor | 7100-000 | 796.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 24,500.57 | N/A | N/A | 0.00 |
| NOTFILED | Citi Business Card | 7100-000 | 11,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast Cable | 7100-000 | 1,041.03 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $158,842.23 | $78,052.40 | $78,052.40 | $3,642.91 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-82928  
**Case Name:** MCGOUGH, DAVID J.

**Period Ending:** 10/02/12

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 06/30/11 (f)  
**§341(a) Meeting Date:** 08/04/11  
**Claims Bar Date:** 02/29/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  4451 Whitehall, Algonquin, IL | 150,000.00 | 0.00 | DA | 0.00 | FA |
| 2  cash | 100.00 | 0.00 | DA | 0.00 | FA |
| 3  checking | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4  misc. household goods | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 5  Misc. clothing | 200.00 | 0.00 | DA | 0.00 | FA |
| 6  2004 Nissan Maxima 113,000 miles | 3,000.00 | 600.00 | DA | 0.00 | FA |
| 7  Preference/Compromise  (u) | 0.00 | 7,500.00 | | 7,500.00 | FA |
| **7  Assets  Totals** (Excluding unknown values) | **$155,500.00** | **$8,100.00** | | **$7,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE INVESTIGATING POSSIBLE FRAUDLENT CONVEYANCE.

**Initial Projected Date Of Final Report (TFR):** December 31, 2012     **Current Projected Date Of Final Report (TFR):** June 14, 2012  (Actual)

Printed: 10/02/2012 11:01 AM     V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** 11-82928 | **Trustee:** BERNARD J. NATALE (330370) |
| **Case Name:** MCGOUGH, DAVID J. | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******29-66 - Checking Account |
| **Taxpayer ID #:** **-***8452 | **Blanket Bond:** $606,000.00 (per case limit) |
| **Period Ending:** 10/02/12 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/21/12 | {7} | Ron Laehn Insurance Agency Inc | Payment of Preference/Compromise | 1241-000 | 7,500.00 | | 7,500.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,475.00 |
| 06/04/12 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2012 FOR CASE #11-82928, #016018067 | 2300-000 | | 14.14 | 7,460.86 |
| 07/11/12 | 102 | BERNARD J. NATALE | Dividend paid 100.00% on $1,500.00, Trustee Compensation; Reference: | 2100-000 | | 1,500.00 | 5,960.86 |
| 07/11/12 | 103 | Capital One Bank (USA), N.A. | Distribution paid 1.31% on $32,252.78; Claim# 2; Filed: $32,252.78; Reference: | 7100-000 | | 425.41 | 5,535.45 |
| 07/11/12 | 104 | Elan Financial Service | Distribution paid 1.31% on $27,025.31; Claim# 3; Filed: $27,025.31; Reference: | 7100-000 | | 356.46 | 5,178.99 |
| 07/11/12 | 105 | First American Bank | Distribution paid 1.31% on $18,774.31; Claim# 4; Filed: $18,774.31; Reference: | 7100-000 | | 247.63 | 4,931.36 |
| 07/11/12 | 106 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 2,317.95 | 2,613.41 |
| | | | Dividend paid 100.00% 2,294.75 on $2,294.75; Claim# ATTY; Filed: $2,294.75 | 3110-000 | | | 2,613.41 |
| | | | Dividend paid 100.00% 23.20 on $23.20; Claim# EXP; Filed: $23.20 | 3120-000 | | | 2,613.41 |
| 07/11/12 | 107 | Department of the Treasury | Combined Check for Claims#1U,1P Stopped on 07/24/12 | 5800-004 | | 2,613.41 | 0.00 |
| 07/24/12 | 107 | Department of the Treasury | Combined Check for Claims#1U,1P Stopped: check issued on 07/11/12 | 5800-004 | | -2,613.41 | 2,613.41 |
| 08/13/12 | 108 | Capital One Bank (USA), N.A. | Distribution paid 4.66% on $32,252.78; Claim# 2; Filed: $32,252.78; Reference: | 7100-000 | | 1,079.91 | 1,533.50 |
| 08/13/12 | 109 | Elan Financial Service | Distribution paid 4.66% on $27,025.31; Claim# 3; Filed: $27,025.31; Reference: | 7100-000 | | 904.88 | 628.62 |
| 08/13/12 | 110 | First American Bank | Distribution paid 4.66% on $18,774.31; Claim# 4; Filed: $18,774.31; Reference: | 7100-000 | | 628.62 | 0.00 |

| | | | |
|---|---:|---:|---:|
| ACCOUNT TOTALS | 7,500.00 | 7,500.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 7,500.00 | 7,500.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$7,500.00** | **$7,500.00** | |

{} Asset reference(s)    Printed: 10/02/2012 11:01 AM    V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 11-82928 | | **Trustee:** | BERNARD J. NATALE (330370) |
| **Case Name:** | MCGOUGH, DAVID J. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******29-66 - Checking Account |
| **Taxpayer ID #:** | **-***8452 | | **Blanket Bond:** | $606,000.00  (per case limit) |
| **Period Ending:** | 10/02/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

    Net Receipts :    7,500.00
    Net Estate :    $7,500.00

|  | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| | **Checking # 9200-******29-66** | **7,500.00** | **7,500.00** | **0.00** |
| | | **$7,500.00** | **$7,500.00** | **$0.00** |